AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Peter Brand, Jie "Jack" Zhao<br><br>*Defendant(s)* | Case No.<br>20-mj-7366-JCB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2012-2017__ in the county of __Norfolk, Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. sec. 371 | Conspiracy to Commit Federal Programs Bribery |

This criminal complaint is based on these facts:

See Affidavit of IRS Special Agent Elizabeth Keating

☑ Continued on the attached sheet.

*Elizabeth Keating*
Complainant's signature

IRS Special Agent Elizabeth Keating
Printed name and title

Sworn to telephonically in accordance with Fed. R. Crim. P. 4.1.

Date: 11/13/2020

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Jennifer C. Boal, U.S.M.J.
Printed name and title