JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        **Category No.** ___II___        **Investigating Agency** ___FBI___

**City**   Cambridge, Needham        **Related Case Information:**

**County**   Middlesex, Norfolk        Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Peter Brand        Juvenile:        ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:        ☐ Yes ☑ No

Alias Name _____

Address   (City & State)   59 Otis Street, #3, Cambridge, MA

Birth date (Yr only): 1953   SSN (last4#): 4008   Sex Male   Race: White   Nationality: Israeli

**Defense Counsel if known:**   Douglas Brooks        Address Libby Hoopes Brooks

**Bar Number** _____        399 Boylston St Boston, MA 02116

**U.S. Attorney Information:**

**AUSA**   Mackenzie Queenin        Bar Number if applicable   688114

**Interpreter:**   ☐ Yes ☑ No        List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty —   ☐ Misdemeanor —   ☑ Felony   I

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   11/13/2020        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Peter Brand _____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. sec. 371 | Conspiracy to Commit Federal Programs Bribery | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM -* Criminal Case Cover Sheet.pdf  3/4/2013