≋JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**　　　　　　　　　　　　**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | Category No. __II__ | Investigating Agency __FBI__ |
| City __Cambridge, Needham__ | Related Case Information: | |
| County __Middlesex, Norfolk__ | Superseding Ind./ Inf. _____ | Case No. _____ |
| | Same Defendant _____ | New Defendant _____ |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name __Jie "Jack" Zhao__　　Juvenile:　☐ Yes　☑ No

Is this person an attorney and/or a member of any state/federal bar:　☐ Yes　☑ No

Alias Name __Jack__

Address __(City & State) 12920 River Road, Potomac, MD__

Birth date (Yr only): __1959__　SSN (last4#): __3010__　Sex __M__　Race: __Asian Am.__　Nationality: _____

Defense Counsel if known: __William Weinreb__　Address __Quinn Emmanuel__

Bar Number _____　　　　　　　　　　__111 Huntington Ave, Suite 520__
　　　　　　　　　　　　　　　　　　　__Boston, MA 02199__

**U.S. Attorney Information:**

AUSA __Mackenzie A. Queenin__　Bar Number if applicable __688114__

Interpreter:　☐ Yes　☑ No　List language and/or dialect: _____

Victims:　☐ Yes　☑ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2)　☐ Yes　☑ No

Matter to be SEALED:　☑ Yes　☐ No

☑ Warrant Requested　　　☐ Regular Process　　　☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____　☐ Serving Sentence　☐ Awaiting Trial
☐ On Pretrial Release:　Ordered by: _____ on _____

Charging Document:　☑ Complaint　☐ Information　☐ Indictment

Total # of Counts:　☐ Petty　☐ Misdemeanor　☑ Felony __I__

Continue on Page 2 for Entry of U.S.C. Citations

☑　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/13/2020__　　Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jie Zhao

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. sec. 371 | Conspiracy to Commit Federal Programs Bribery | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013